IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08–CV-01406 RPM

DEANN DREITZ, a.k.a. DEANN POTTEROFF,

        Plaintiff,

v.

CCA OF TENNESSEE CORRECTIONS CORPORATION OF AMERICA,
a Maryland corporation;
HOYT BRILL, in his individual capacity;
JOHNNY CRENSHAW, in his individual capacity; and,
JAMES RIALS, in his individual capacity,

Defendants.
_____

**ORDER GRANTING MOTION TO AMEND CAPTION**
_____

        **Upon consideration of the Motion to Allow Amended Caption [5], it is**

        **ORDERED that the motion is granted and the caption is amended to correctly identify the Corrections Corporation of America of Tennessee, LLC, a Tennessee corporation, as the correct defendant.**

        **Dated July 16th, 2008.**

                              **BY THE COURT:**

                              s/Richard P. Matsch
                              _____
                              **Richard P. Matsch, Judge**
                              **United States District Court**