IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08–cv-01406-RPM

DEANN DREITZ, a.k.a. DEANN POTTEROFF,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA OF TENNESSEE, LLC, a Tennessee corporation;
HOYT BRILL, in his individual capacity;
JOHNNY CRENSHAW, in his individual capacity; and,
JAMES RIALS, in his individual capacity,

    Defendants.
_____

ORDER OF DISMISSAL OF DEFENDANTS BRILL, CRENSHAW, RIALS, AND THIRD CLAIM FOR RELIEF
_____

On July 25, 2008, the defendants filed a motion to dismiss the claims against the individual defendants and the second claim for relief. On July 31, 2008, the parties agreed to a stipulated notice of dismissal under Fed.R.Civ.P. 41 as to all claims against the individual defendants and the third and fourth claims for relief against all defendants. The plaintiff also filed a response to the motion to dismiss the second claim for relief as to defendant Corrections Corporation of America of Tennessee, LLC. Upon these pleadings, it is now

ORDERED that all of the plaintiff's claims for relief against Hoyt Brill, Johnny Crenshaw, and James Rials in their individual capacity are dismissed; the third claim for relief is dismissed, the Corrections Corporation of America of Tennessee, LLC's, motion to dismiss the second claim for relief is denied and this civil action will proceed against

the Corrections Corporation of America of Tennessee, LLC, on the first and second claims for relief.

Dated: August 4th, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge