IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01406-RPM

DEANN DREITZ a.k.a. DEANN POTTORFF,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA OF TENESSEE, LLC.,

    Defendant.

---

ORDER FOR DISMISSAL

---

    Pursuant to the Stipulated Motion to Dismiss [22], filed on May 18, 2009, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

    Dated: May 19th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge